(No. 75-CC-191-

CERTANUIM ALLOYS AND RESEARCH COMPANY, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION,
Respondent.

*Opinion filed January 14, 1975.*

CERTAINUM ALLOYS AND RESEARCH COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.